UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-02076-SEB-MG |
| ) | |
| EASON CONSTRUCTION LLC, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

The Court having granted Plaintiffs' motion for default judgment, judgment is hereby **ENTERED** as follows:

**IT IS ORDERED** that a Judgment in favor of Plaintiffs is hereby entered against Defendant Eason Construction LLC under the Employee Retirement Security Act in the amount of $165,365.45, which includes $148,775.51 in delinquent benefit contributions, $14,877.55 in liquidated damages, $173.94 in Pension Late Charges, $18.45 in Pension Interest, and $1,520.00 in audit costs.

**IT IS ALSO ORDERED** that this Judgment shall accrue post-judgment interest at the statutory rate.

Date:  _____4/27/2021_____        _____
                                                                       SARAH EVANS BARKER, JUDGE
                                                                       United States District Court
                                                                       Southern District of Indiana

Distribution:

Donald D. Schwartz
ARNOLD & KADJAN
dds@aandklaw.com

EASON CONSTRUCTION LLC
C/O ITS REGISTERED AGENT, ROB SOETE
3019 A MAGNOLIA AVENUE
SAINT LOUIS, MISSOURI 63118